AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MAX'IS CREATIONS INC. <br><br> *Plaintiff(s)* <br> v. <br> BRILLIANT PROMOTIONS, L.L.C., IDEASTAGE PROMOTIONS, L.L.C., AND ADVERTISING SPECIALTY INSTITUTE, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:25-cv-23099    Altonaga |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ADVERTISING SPECIALTY INSTITUTE, INC.
4800 EAST STREET ROAD
TREVOSE, PA 19053-6658

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joel B. Rothman
SRIPLAW, PA
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 11, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MAX'IS CREATIONS INC. <br><br> *Plaintiff(s)* <br> v. <br> BRILLIANT PROMOTIONS, L.L.C., IDEASTAGE PROMOTIONS, L.L.C., AND ADVERTISING SPECIALTY INSTITUTE, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:25-cv-23099   Altonaga |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ideastage Promotions, L.L.C.
c/o Registered Agent: Jeffrey Scott Young
12805 E Harper Dr., Suite 1
Scottsdale, AZ 85259

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joel B. Rothman
SRIPLAW, PA
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 11, 2025

Angela E. Noble
Clerk of Court



**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MAX'IS CREATIONS INC. <br><br> *Plaintiff(s)* <br> v. <br> BRILLIANT PROMOTIONS, L.L.C., IDEASTAGE PROMOTIONS, L.L.C., AND ADVERTISING SPECIALTY INSTITUTE, INC. <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-23099   Altonaga |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brilliant Promotions, L.L.C.
c/o Registered Agent: Richard Skrabe
954 E Mountain Sky Ave.
Phoenix, AZ 85048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joel B. Rothman
SRIPLAW, PA
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 11, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts